

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Santamaria Vera<br>DEFENDANT(S). | CASE NUMBER<br>SA12-361 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___7/27/12___, at ___1:45___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N Block___, in Courtroom ___6A___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___7/25/12___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge